MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC

Alex R. Straus (SBN 321366)
280 South Beverly Drive
Beverly Hills, CA 90212
Tel.:  (917) 471-1894
Fax:   (310) 496-3176
Email: astraus@milberg.com

Attorneys for Plaintiff

*Additional Counsel on Signature Page*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARITA DEVEREAUX, on Behalf of Herself and Others Similarly Situated,<br><br>     Plaintiff,<br><br>          vs.<br><br>NATIONSTAR MORTGAGE LLC and ACI WORLDWIDE CORP.,<br><br>     Defendants. | CASE NO. 5:21-CV-00873-JGB-KK<br><br>The Hon. Jesus G. Bernal<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT** |

**TO THE COURT IN THE ABOVE-CAPTIONED ACTION:**

**PLEASE TAKE NOTE** that Plaintiff Charita Devereaux ("Plaintiff"), in accordance with L.R. 16-15.7, states that the parties have reached an agreement in principle to settle the litigated claims in this case as to the Plaintiff and proposed classes. Concurrently with filing this notice counsel confirms a call was made to the Court to expeditiously notify the trial judge's Courtroom Deputy Clerk.

Based on the foregoing, Plaintiff respectfully requests that all  deadlines stay suspended pending the completion of the formal settlement agreement which should be finalized and signed on or before June 22, 2022.

Dated: May 23, 2022          MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC

                             *s/ Alex R. Straus*
                             Alex R. Straus
                             280 South Beverly Drive
                             Penthouse Suite
                             Beverly Hills, CA 90212
                             astraus@milberg.com

                             Scott C. Harris
                             900 W. Morgan Street
                             Raleigh, North Carolina 27603
                             T: 919 600-5003 F: 919-600-5035
                             sharris@milberg.com

PLAINTIFF'S NOTICE OF SETTLEMENT